UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 02-7429

COY R. PHELPS,

Plaintiff - Appellant,

versus

ART BEELER; JOHN ASHCROFT; CATHY HAWKS,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Malcolm J. Howard, District Judge. (CA-02-501-5-H)

Submitted: November 21, 2002      Decided: December 4, 2002

Before NIEMEYER, WILLIAMS, TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Coy R. Phelps, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Coy R. Phelps appeals the district court's order dismissing his action brought pursuant to <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Phelps v. Beeler</u>, No. CA-02-501-5-H (W.D.N.C. Sept. 5, 2002). We deny Phelps' motion for hearing en banc and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>